United States District Court

Eastern District of California

Duke E. Cannon,

    Plaintiff,                          No. Civ. S 03-1769 LKK PAN P

  vs.                                  Order

Dan Chartier, et al.,

    Defendant.

-oOo-

August 24, 2005, plaintiff moved to extend discovery but his motion lacks the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135. Plaintiff must serve his motion on defendants and shall file a proof of service within ten days. Otherwise the motion will be stricken.

So ordered.

Dated:  September 1, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge