United States District Court

Eastern District of California

Duke E. Cannon,

     Plaintiff,                    No. Civ. S 03-1769 LKK PAN P

  vs.                           Order

Dan Chartier, et al.,

     Defendants.

-oOo-

September 1, 2005, the court directed plaintiff to file a proof of service within 10 days; otherwise his August 24, 2005, motion for continuance on discovery would be stricken. He has not. Accordingly, plaintiff's August 24, 2005, motion for continuance on discovery is stricken and the Clerk of the Court shall make a notation thereon to that effect.

So ordered.

Dated: September 29, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge