United States District Court

Eastern District of California

Duke E. Cannon,

    Plaintiff,                          No. Civ. S 03-1769 LKK PAN P

  vs.                                    Order

Dan Chartier, et al.,

    Defendants.

-oOo-

Good cause appearing, plaintiff may file a proof of service showing his motion to extend discovery was served on defendants. If he does so within 10 days, the court will reinstate his August 24, 2005, motion.

So ordered.

Dated:  November 3, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge