United States District Court

Eastern District of California

Duke E. Cannon,

    Plaintiff,               No. Civ. S 03-1769 LKK PAN P

vs.                       Order

Dan Chartier, et al.,

    Defendants.

-oOo-

    Plaintiff shall serve his motion to extend discovery on defendants, via counsel, as follows:

    Davis Carrasco
    Office of the Attorney General
    1300 I Street, Suite 1101
    P.O. Box 944244
    Sacramento, CA 94244-2550

    Time to establish he has so served defendants is extended to December 10, 2005.  So ordered.

    Dated:  November 29, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge