IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUKE E. CANNON,

    Plaintiff,                  No. CIV S-03-1769 LKK PAN P

  vs.

DAN CHARTIER, et al.,

    Defendants.             <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On March 14, 2006, defendants filed a motion to vacate the dates set for filing pretrial statements and for pretrial conference and jury trial pending disposition of their December 16, 2005 motion for summary judgment.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1. Defendants' March 14, 2006 motion to vacate dates is granted;

         2. The parties are relieved of the obligation to file pretrial statements until further order of court;

         3. The pretrial conference on the papers set for April 7, 2006 is vacated;

         4. The jury trial set for June 27, 2006 before the Honorable Lawrence K. Karlton is vacated; and

5. Said dates will be reset, as appropriate, following resolution of defendants' December 16, 2005 motion for summary judgment.

DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
cann1769.vacdts