IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUKE E. CANNON,

        Plaintiff,                No. CIV S-03-1769 LKK PAN P

     vs.

DAN CHARTIER, et al.,

        Defendants.         <u>REVISED SCHEDULING ORDER</u>

_____/

        Pursuant to Federal Rule of Civil Procedure 16(b) and good cause appearing, THIS COURT ORDERS AS FOLLOWS:

        1. Discovery and law and motion are now closed.

        2. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before November 3, 2006. Defendants shall file their pretrial statement on or before November 17, 2006. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

        3. Pretrial conference (as described in Local Rule 16-282) is set in this case for November 24, 2006, before the magistrate judge. The pretrial conference shall be conducted on the file only, without appearance by either party.

4. This matter is set for jury trial before the Honorable Lawrence K. Karlton on February 13, 2007, at 10:00 a.m. in Courtroom 4.

DATED: September 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14/bb
cann1769.41(2)