IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUKE E. CANNON,

       Plaintiff,                        No. CIV S-03-1769 LKK EFB P

    vs.

DAN CHARTIER, et al.,

       Defendants.               ORDER

_____/

     Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the September 7, 2006, schedule, plaintiff's pretrial statement is due November 3, 2006, defendants' pretrial statement is due November 17, 2006, pretrial conference is set for November 24, 2006.

     The parties have requested the scheduling of a settlement conference. Good cause appearing, the request will be granted and the above dates will be continued. *See* Fed. R. Civ. P. 16(b).

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. The November 3, 2006, date by which plaintiff is to file a pretrial statement is continued to December 1, 2006;

/////

2.  The November 17, 2006, date by which defendants are to file their pretrial statement is continued to December 15, 2006;

3.  The November 24, 2006, date for pretrial conference is continued to December 22, 2006;

4.  A settlement conference is scheduled for November 27, 2006 at 10:00 a.m. in Courtroom 25.

Dated:   November 6, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE