1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DUKE E. CANNON,

11            Plaintiff,                    No. CIV S-03-1769 LKK EFB P

12        vs.

13   DAN CHARTIER, et al.,            ORDER RE SETTLEMENT & DISPOSITION

14            Defendants.
                                         /
15

16        Pursuant to the representations of plaintiff and counsel for defendants at a Settlement

17   Conference conducted before the undersigned on November 27, 2006, the court has determined

18   that the above-captioned case has settled.

19        The court now orders that dispositional documents are to be filed not later than thirty (30)

20   days from the date of this order.[1]

21        All hearing dates set in this matter, including the Pretrial Conference currently set for

22   December 22, 2006, are **VACATED.**

23   ////

24   

25        [1] Defendants represent that it may take ninety days in which to complete the terms of the
settlement.  The parties were informed that their stipulation of dismissal may contain a provision
26   allowing the court to retain continuing jurisdiction to enforce the terms of the settlement.

1

1     FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

2  IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

3  CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

4     IT IS SO ORDERED.

5     DATED:  November 27, 2006.

6

7                       EDMUND F. BRENNAN

                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2